# United States District Court
# Eastern District of California

Kloeckner Metals Corporation

Plaintiff(s)

V.

McCarthy Building Companies, Inc.

Defendant(s)

Case Number: 2:26-CV-02486-DJC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zachary J. Adams hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kloeckner Metals Corporation

On 05/02/2016 (date), I was admitted to practice and presently in good standing in the Supreme Court of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/31/2026

Signature of Applicant: /s/ Zachary J. Adams

**Pro Hac Vice Attorney**

Applicant's Name: Zachary J. Adams

Law Firm Name: Nelson Mullins Riley & Scarborough LLP

Address: 1100 Superior Ave., Suite 2000

City: Cleveland State: OH Zip: 44114

Phone Number w/Area Code: (216) 304-6181

City and State of Residence: Avon Lake, Ohio

Primary E-mail Address: zach.adams@nelsonmullins.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Monee Takla Hanna

Law Firm Name: Nelson Mullins Riley & Scarborough LLP

Address: 19191 S. Vermont Ave, Suite 900

City: Torrance State: CA Zip: 90502

Phone Number w/Area Code: (424) 221-7400 Bar # 259468

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 31, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE