NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KLOECKNER METALS CORPORATION

Plaintiff,

v.

MCCARTHY BUILDING COMPANIES, INC. and BAKER ELECTRIC & RENEWABLES LLC

Defendants.

MCCARTHY BUILDING COMPANIES, INC.

Counterclaimant

v.

KLOECKNER METALS CORPORATION

Counter-defendant.

Case No.: 2:26-cv-02486-DJC-JDP

**ORDER CONTINUING FED. R. CIV. P. 26(f) CONFERENCE AND DEADLINE TO FILE JOINT STATUS REPORT**

Hon. Daniel J. Calabretta

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

Having reviewed the parties' Stipulation to Continue Fed. R. Civ. P. 26(f) Conference and Joint Status Report, and good cause appearing, the Stipulation is GRANTED.

The deadline for the parties to conduct their conference under Federal Rule of Civil Procedure 26(f) and file their joint status report and discovery plan is continued. The parties shall conduct the Rule 26(f) conference promptly after counsel for Baker Electric & Renewables LLC enters an appearance and Baker Electric & Renewables LLC responds to the First Amended Complaint. The parties shall file their joint status report and discovery plan within fourteen days after Baker Electric & Renewables LLC files its response to the First Amended Complaint.

IT IS SO ORDERED.

Dated: October 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE